UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANDERSON,

        Plaintiff,

v.

KEVIN ALLEN JUTZY, M.D.,
RAUL TUMADA, P.A., BADAWI
ABELLATIF, M.D., and ANGELA
VATRINO,

        Defendants.
_____/

CIVIL ACTION NO. 15-11727

DISTRICT JUDGE DAVID M. LAWSON

MAGISTRATE JUDGE R. STEVEN WHALEN

**ORDER**

    Before the Court is Plaintiff Robert Anderson's November 17, 2015 Motion to Conduct Discovery [Docket #19]. In response, Defendant RN Angela Vettraino[1] states that discovery should be stayed until her pending Motion for Summary Judgment [Docket #11] has been decided [Docket #21]. Moreover, three of the four Defendants in this case have yet to be served. It would be prudent and economical to stay discovery pending resolution of these motions. Accordingly,

    Plaintiff's Motion to Conduct Discovery [Docket #19] is DENIED.

---

[1] Misspelled as "Vatrino" in Complaint.

IT IS SO ORDERED.

s/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated: December 9, 2015

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was sent to parties of record on December 9, 2015, electronically and/or by U.S. mail.

s/Carolyn M. Ciesla
Case Manager