UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANDERSON,

        CIVIL ACTION NO. 15-11727

    Plaintiff,

        DISTRICT JUDGE DAVID M. LAWSON

v.

        MAGISTRATE JUDGE R. STEVEN WHALEN

KEVIN ALLEN JUTZY, M.D.,
RAUL TUMADA, P.A., BADAWI
ABELLATIF, M.D., and ANGELA
VATRINO,

    Defendants.
_____/

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Plaintiff, a *pro se* prison inmate, has filed a civil rights complaint under 42 U.S.C. § 1983. Before the Court is his motion to appoint counsel [Doc. #46].

Unlike criminal cases, there is no constitutional or statutory right to the appointment of counsel in civil cases. Rather, the Court requests members of the bar to assist in appropriate cases. In *Lavado v. Keohane*, 992 F.2d 601, 605-606 (6th Cir. 1993), the Sixth Circuit noted that "[a]ppointment of counsel in a civil case is not a constitutional right. It is a privilege that is justified only by exceptional circumstances." (Internal quotations and citations omitted).

In this case, all Defendants except Kevin Allen Jutzy (who has not been served) have been dismissed, and as to Dr. Jutzy, I have filed a Report and Recommendation that he be dismissed under Fed.R.Civ.P. 4(m) because he has not been timely served.  There is no basis to appoint *pro bono* counsel.

Plaintiff's motion to appoint counsel [Doc. #46] is therefore DENIED.

IT IS SO ORDERED.

                            s/R.  Steven Whalen
                            R. STEVEN WHALEN
                            UNITED STATES MAGISTRATE JUDGE

Dated: July 25, 2017

## CERTIFICATE OF SERVICE

I hereby certify on July 25, 2017, that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to non-registered ECF participants on July 25, 2017.

                            s/Carolyn Ciesla
                            Case Manager to
                            Magistrate Judge R. Steven Whalen