UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT ANDERSON,

                Plaintiff,                              Case Number 15-11727
v.                                                         Honorable David M. Lawson
                                                          Magistrate Judge R. Steven Whalen
KEVIN ALLEN JUTZY, M.D., RAUL
TUMNADA, P.A., and BADAWI
ABELLATIF, M.D.,

                Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION, AND DISMISSING THE PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE

Presently before the Court is the report issued on July 25, 2017 by Magistrate Judge R. Steven Whalen pursuant to 28 U.S.C. § 636(b), recommending that the Court dismiss the plaintiff's complaint without prejudice against defendant Kevin Allen Jutzy, M.D. for failure to serve him with process. Defendant Jutzy is the only remaining defendant in this case. Although the magistrate judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, no objections have been filed thus far. The parties' failure to file objections to the report and recommendation waives any further right to appeal. *Smith v. Detroit Fed'n of Teachers Local 231*, 829 F.2d 1370, 1373 (6th Cir. 1987). Likewise, the failure to object to the magistrate judge's report releases the Court from its duty to independently review the matter. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). However, the Court agrees with the findings and conclusions of the magistrate judge.

Accordingly, it is **ORDERED** that the magistrate judge's report and recommendation [dkt. #58] is **ADOPTED**.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated: August 15, 2017

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 15, 2017.

                              s/Susan Pinkowski
                              SUSAN PINKOWSKI